```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEREMY R. JEHANGIRI
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000

 5  Attorneys for Plaintiff
         United States of America
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  1:11-CR-00224-LJO
                                  )
12                                )  PRELIMINARY ORDER OF FORFEITURE
                    Plaintiff,    )
13                                )
         v.                       )
14                                )
                                  )
15  ARMANDO E. HUIZAR,            )
                                  )
16                                )
                    Defendant.    )
17                                )
```

18      Based upon the plea agreement entered into between plaintiff
19 United States of America and defendant Armando E. Huizar, it is
20 hereby ORDERED, ADJUDGED, AND DECREED as follows:
21      1.   Pursuant to 18 U.S.C. § 2253, defendant Armando E. Huizar's
22 interest in the following property shall be condemned and forfeited
23 to the United States of America, to be disposed of according to law:
24           a.   HP Compaq Desktop Computer, bearing serial number
                  4CE9270DRZ; and
25
             b.   Compact discs and DVDs.
26
        2.   The above-listed property constitutes property which
27
   contains visual depictions mailed, shipped or transported in
28
   violation of 18 U.S.C. § 2252(a)(2) or was used or intended to be

                              1           PRELIMINARY ORDER OF FORFEITURE

used in any manner or part to commit and to promote the commission of the aforementioned violation, all in violation of 18 U.S.C. § 2253.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of

///

///

Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated: February 10, 2012**     /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE